ADMCLS,CLOSED,JRG3,JURY,PATENT/TRADEMARK,PROTECTIVE−ORDER

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Marshall)
# CIVIL DOCKET FOR CASE #: 2:22−cv−00335−JRG

| | |
|---|---|
| Digital Broadcasting Solutions, LLC v. DISH Network L.L.C. et al | Date Filed: 08/29/2022 |
| Assigned to: District Judge Rodney Gilstrap | Date Terminated: 08/09/2023 |
| Cause: 35:271 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Digital Broadcasting Solutions, LLC**          represented by   **Fred Irvin Williams**
Williams Simons & Landis PLLC − Austin
The Littlefield Building
601 Congress Avenue, Suite 600
Austin, TX 78701
512−543−1356
Email: fwilliams@wsltrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
Williams, Simons, and Landis, PLLC −
Philadelphia
1735 Market St.
Suite A #453
Philadelphia, PA 19103
512.543.1373
Email: johnw@wsltrial.com
*ATTORNEY TO BE NOTICED*

**Michael James Fagan , Jr.**
Michael Fagan
The Littlefield Building
601 Congress Ave.
Suite 600
Austin, TX 78701
512−543−1557
Email: mfagan@wsltrial.com
*ATTORNEY TO BE NOTICED*

**Michael Simons**
Williams Simons & Landis PLLC − Austin
The Littlefield Building
601 Congress Avenue, Suite 600
Austin, TX 78701
512−543−1355
Email: msimons@wsltrial.com
*TERMINATED: 07/27/2023*

|  |  |  |
|---|---|---|
|  |  | **Todd Eric Landis**<br>Williams, Simons, and Landis, PLLC – Dallas<br>2633 McKinney Ave.<br>Suite 130 #366<br>Dallas, TX 75204<br>512−543−1357<br>Email: tlandis@wsltrial.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **DISH Network L.L.C.** | represented by | **George Hopkins Guy , III**<br>Baker Botts LLP – Cailfornia<br>1001 Page Mill Rd<br>Bldg 1<br>Menlo Park, CA 94304<br>650−739−7500<br>Fax: 650=739−7699<br>Email: hop.guy@bakerbotts.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kurt Max Pankratz**<br>Baker Botts LLP – Dallas<br>2001 Ross Avenue<br>Suite 900<br>Dallas, TX 75201−2980<br>214−953−6584<br>Fax: 214−661−4584<br>Email: kurt.pankratz@bakerbotts.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ali Dhanani**<br>Baker Botts LLP – Houston<br>One Shell Plaza<br>910 Louisiana Street, 37th Floor<br>Houston, TX 77002<br>713−229−1234<br>Fax: 713−229−1522<br>Email: ali.dhanani@bakerbotts.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Amy E. Bergeron**<br>BAKER BOTTS L.L.P.<br>910 Louisiana<br>Houston, TX 77002<br>713−229−1610<br>Fax: 713−229−7910<br>Email: amy.bergeron@bakerbotts.com<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Jamie Roy Lynn**<br>Baker Botts LLP<br>700 K Street, N.W.<br>Washington, DC 20001<br>202−639−7786<br>Fax: 202−585−1026<br>Email: jamie.lynn@bakerbotts.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Richards Smith**<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>903−934−8450<br>Fax: 903−934−9257<br>Email: melissa@gillamsmithlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas Bence Carter , Jr.**<br>Baker Botts LLP − Houston<br>One Shell Plaza<br>910 Louisiana Street, 37th Floor<br>Houston, TX 77002<br>713−229−1505<br>Fax: 713−229−7805<br>Email: thomas.carter@bakerbotts.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DISH Technologies L.L.C.**<br>*TERMINATED: 11/08/2022* | represented by | **George Hopkins Guy , III**<br>(See above for address)<br>*TERMINATED: 11/08/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kurt Max Pankratz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ali Dhanani**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Amy E. Bergeron**<br>(See above for address)<br>*TERMINATED: 11/08/2022*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jamie Roy Lynn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Richards Smith** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Bence Carter , Jr.**
(See above for address)
*TERMINATED: 11/08/2022*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2022 | Ï 1 | COMPLAINT *for Patent Infringement* against All Defendants ( Filing fee $ 402 receipt number ATXEDC−9095962.), filed by Digital Broadcasting Solutions, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Landis, Todd) (Entered: 08/29/2022) |
| 08/29/2022 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Landis, Todd) (Entered: 08/29/2022) |
| 08/29/2022 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Digital Broadcasting Solutions, LLC (Landis, Todd) (Entered: 08/29/2022) |
| 08/30/2022 | Ï | Case assigned to District Judge Rodney Gilstrap. (ch, ) (Entered: 08/30/2022) |
| 08/30/2022 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 08/30/2022) |
| 08/30/2022 | Ï 4 | SUMMONS Issued as to DISH Network L.L.C., DISH Technologies L.L.C.. (Attachments: # 1 Summons(es))(ch, ) (Entered: 08/30/2022) |
| 09/22/2022 | Ï 5 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re DISH Network L.L.C., DISH Technologies L.L.C..( Pankratz, Kurt) (Entered: 09/22/2022) |
| 09/22/2022 | Ï | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for DISH Technologies L.L.C. to 10/24/2022; DISH Network L.L.C. to 10/24/2022. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 09/22/2022) |
| 09/27/2022 | Ï 6 | NOTICE of Attorney Appearance by Fred Irvin Williams on behalf of Digital Broadcasting Solutions, LLC (Williams, Fred) (Entered: 09/27/2022) |
| 09/27/2022 | Ï 7 | NOTICE of Attorney Appearance by Michael Simons on behalf of Digital Broadcasting Solutions, LLC (Simons, Michael) (Entered: 09/27/2022) |
| 09/27/2022 | Ï 8 | NOTICE of Attorney Appearance by John Wittenzellner on behalf of Digital Broadcasting Solutions, LLC (Wittenzellner, John) (Entered: 09/27/2022) |
| 10/05/2022 | Ï 9 | NOTICE of Attorney Appearance by Jamie Roy Lynn on behalf of DISH Network L.L.C., DISH Technologies L.L.C. (Lynn, Jamie) (Entered: 10/05/2022) |
| 10/06/2022 | ï 10 | NOTICE of Attorney Appearance by Ali Dhanani on behalf of DISH Network L.L.C., DISH Technologies L.L.C. (Dhanani, Ali) (Entered: 10/06/2022) |
| 10/06/2022 | ï 11 | NOTICE of Attorney Appearance by George Hopkins Guy, III on behalf of DISH Network L.L.C., DISH Technologies L.L.C. (Guy, George) (Entered: 10/06/2022) |

| | | |
|---|---|---|
| 10/10/2022 | 12 | NOTICE of Attorney Appearance by Thomas Bence Carter, Jr on behalf of DISH Network L.L.C., DISH Technologies L.L.C. (Carter, Thomas) (Entered: 10/10/2022) |
| 10/21/2022 | 13 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re DISH Network L.L.C., DISH Technologies L.L.C..( Pankratz, Kurt) (Entered: 10/21/2022) |
| 10/21/2022 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for DISH Technologies L.L.C. to 11/8/2022; DISH Network L.L.C. to 11/8/2022. 15 Days Granted for Deadline Extension.( nkl, ) (Entered: 10/21/2022) |
| 10/21/2022 | 14 | ORDER − Scheduling Conference set for 11/17/2022 10:00 AM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 10/21/2022. (nkl, ) (Entered: 10/21/2022) |
| 10/25/2022 | 15 | NOTICE of Attorney Appearance by Amy E. Bergeron on behalf of DISH Network L.L.C., DISH Technologies L.L.C. (Bergeron, Amy) (Entered: 10/25/2022) |
| 11/07/2022 | 16 | STIPULATION of Dismissal *of DISH Technologies L.L.C.* by DISH Network L.L.C., DISH Technologies L.L.C.. (Lynn, Jamie) (Entered: 11/07/2022) |
| 11/08/2022 | 17 | ORDER granting 16 Joint Stipulation of Voluntary Dismissal as to DISH Technologies L.L.C. Court ACCEPTS AND ACKNOWLEDGES that all claims and causes of action asserted by Plaintiff in the above−captioned case with respect to Defendant DISH Technologies L.L.C. are DISMISSED WITHOUT PREJUDICE. Signed by District Judge Rodney Gilstrap on 11/8/2022. (ch, ) (Entered: 11/08/2022) |
| 11/08/2022 | 18 | MOTION to Dismiss *INDIRECT INFRINGEMENT AND WILLFULNESS ALLEGATIONS* by DISH Network L.L.C., DISH Technologies L.L.C.. (Attachments: # 1 Affidavit A. Bergeron, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Smith, Melissa) (Entered: 11/08/2022) |
| 11/08/2022 | 19 | CORPORATE DISCLOSURE STATEMENT filed by DISH Network L.L.C. (Smith, Melissa) (Entered: 11/08/2022) |
| 11/11/2022 | 20 | MOTION to Change Venue *TO THE DISTRICT OF COLORADO* by DISH Network L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Text of Proposed Order)(Smith, Melissa) (Entered: 11/11/2022) |
| 11/15/2022 | 21 | NOTICE of Attorney Appearance by Michael James Fagan, Jr on behalf of Digital Broadcasting Solutions, LLC (Fagan, Michael) (Entered: 11/15/2022) |
| 11/17/2022 | Ï | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference held on 11/17/2022. Counsel for the parties appeared. Court asked whether they consented to trial before the U.S. Magistrate Judge. Court then gave counsel Claim Construction and Jury Selection/Trial dates. (Court Reporter Shawn McRoberts, RMR, CRR) (aeb) (Entered: 11/17/2022) |
| 11/21/2022 | 22 | Joint MOTION *to Extend Briefing Deadlines* by Digital Broadcasting Solutions, LLC. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 11/21/2022) |
| 11/22/2022 | 23 | ORDER granting 22 Joint MOTION to Extend Briefing Deadlines. Signed by District Judge Rodney Gilstrap on 11/22/2022. (ch, ) (Entered: 11/22/2022) |
| 11/30/2022 | 24 | RESPONSE in Opposition re 18 MOTION to Dismiss *INDIRECT INFRINGEMENT AND WILLFULNESS ALLEGATIONS filed by Digital Broadcasting Solutions, LLC*. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 11/30/2022) |
| 12/01/2022 | 25 | |

| | | |
|---|---|---|
| | | Joint MOTION *for Entry of Agreed Docket Control Order* by Digital Broadcasting Solutions, LLC. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 12/01/2022) |
| 12/01/2022 | 26 | Joint MOTION *for Entry of Agreed Discovery Order* by Digital Broadcasting Solutions, LLC. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 12/01/2022) |
| 12/02/2022 | 27 | RESPONSE in Opposition re 20 MOTION to Change Venue *TO THE DISTRICT OF COLORADO filed by Digital Broadcasting Solutions, LLC*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Williams, Fred) (Entered: 12/02/2022) |
| 12/02/2022 | 28 | DOCKET CONTROL ORDER granting 25 Joint MOTION *for Entry of Agreed Docket Control Order. Pretrial Conference set for 2/26/2024 09:00 AM before District Judge Rodney Gilstrap., Amended Pleadings due by 7/20/2023., Jury Selection set for 4/1/2024 09:00AM before District Judge Rodney Gilstrap., Markman Hearing set for 9/28/2023 09:00 AM before District Judge Rodney Gilstrap., Motions due by 2/5/2024., Proposed Pretrial Order due by 2/20/2024. Signed by District Judge Rodney Gilstrap on 12/2/2022. (ch, ) (Entered: 12/05/2022)* |
| 12/02/2022 | 29 | DISCOVERY ORDER granting 26 Joint MOTION for Entry of Agreed Discovery Order. Signed by District Judge Rodney Gilstrap on 12/2/2022. (ch, ) (Entered: 12/05/2022) |
| 12/08/2022 | 30 | Joint MOTION for Extension of Time to File *Proposed Protective Order* by Digital Broadcasting Solutions, LLC. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 12/08/2022) |
| 12/08/2022 | 31 | NOTICE by DISH Network L.L.C. *of Compliance Regarding Initial and Additional Disclosures* (Smith, Melissa) (Entered: 12/08/2022) |
| 12/08/2022 | 32 | REPLY to Response to Motion re 18 MOTION to Dismiss *INDIRECT INFRINGEMENT AND WILLFULNESS ALLEGATIONS REPLY IN SUPPORT filed by DISH Network L.L.C.*. (Smith, Melissa) (Entered: 12/08/2022) |
| 12/09/2022 | 33 | Unopposed MOTION FOR EXTENSION OF TIME TO FILE A REPLY AND SUR–REPLY BRIEFS by DISH Network L.L.C.. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 12/09/2022) |
| 12/12/2022 | 34 | ORDER granting 33 Unopposed MOTION FOR EXTENSION OF TIME TO FILE A REPLY AND SUR–REPLY BRIEFS. Signed by District Judge Rodney Gilstrap on 12/12/2022. (ch, ) (Entered: 12/12/2022) |
| 12/12/2022 | 35 | ORDER granting 30 Joint MOTION for Extension of Time to File Proposed Protective Order. Signed by District Judge Rodney Gilstrap on 12/12/2022. (ch, ) (Entered: 12/12/2022) |
| 12/15/2022 | 36 | Joint MOTION *for Entry of Agreed Protective Order* by Digital Broadcasting Solutions, LLC. (Attachments: # 1 [PROPOSED] Protective Order)(Williams, Fred) (Entered: 12/15/2022) |
| 12/15/2022 | 37 | REPLY to Response to Motion re 20 MOTION to Change Venue *TO THE DISTRICT OF COLORADO PURSUANT TO 28 U.S.C. § 1404(a) filed by DISH Network L.L.C.*. (Smith, Melissa) (Entered: 12/15/2022) |
| 12/15/2022 | 38 | SUR–REPLY to Reply to Response to Motion re 18 MOTION to Dismiss *INDIRECT INFRINGEMENT AND WILLFULNESS ALLEGATIONS filed by Digital Broadcasting Solutions, LLC*. (Williams, Fred) (Entered: 12/15/2022) |
| 12/16/2022 | 39 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 12/16/2022. (nkl, ) (Entered: 12/16/2022) |
| 12/22/2022 | 40 | SUR–REPLY to Reply to Response to Motion re 20 MOTION to Change Venue *TO THE DISTRICT OF COLORADO filed by Digital Broadcasting Solutions, LLC*. (Williams, Fred) (Entered: 12/22/2022) |

| | | |
|---|---|---|
| 01/19/2023 | 41 | ORDER carrying 20 MOTION to Change Venue *TO THE DISTRICT OF COLORADO*. Signed by District Judge Rodney Gilstrap on 1/19/2023. (ch, ) (Entered: 01/19/2023) |
| 04/20/2023 | 42 | Sealed Document – DEFENDANT DISH NETWORK L.L.C.S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION PURSUANT TO 28 U.S.C. § 1404(a) TO TRANSFER TO THE DISTRICT OF COLORADO (Docket No. 20) (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit P)(Dhanani, Ali) (Entered: 04/20/2023) |
| 04/20/2023 | 43 | Additional Attachments to Main Document: 42 Sealed Document, 20 MOTION to Change Venue *TO THE DISTRICT OF COLORADO*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K, # 7 Exhibit L, # 8 Exhibit M, # 9 Exhibit N, # 10 Exhibit O, # 11 Exhibit Q, # 12 Exhibit R, # 13 Exhibit S, # 14 Exhibit T)(Dhanani, Ali) (Entered: 04/20/2023) |
| 04/27/2023 | 44 | REDACTION to 42 Sealed Document, *DISH Network L.L.C.'s Supplemental Brief In Support of Its Motion Pursuant to 28 U.S.C. § 1404(a) to Transfer to the District of Colorado* by DISH Network L.L.C.. (Attachments: # 1 Exhibit E – Redacted)(Dhanani, Ali) (Entered: 04/27/2023) |
| 05/01/2023 | 45 | SEALED PATENT SUPPLEMENTAL REPLY to Response to PATENT Motion re 20 MOTION to Change Venue TO THE DISTRICT OF COLORADO filed by Digital Broadcasting Solutions, LLC. (Attachments: #(1) Exhibit 1, #(2) Exhibit 2, #(3) Exhibit 3) (Williams, Fred) (Entered: 05/01/2023) |
| 06/09/2023 | 46 | NOTICE by DISH Network L.L.C. re 20 MOTION to Change Venue *TO THE DISTRICT OF COLORADO (NOTICE OF RIPENESS)* (Smith, Melissa) (Entered: 06/09/2023) |
| 06/16/2023 | 47 | NOTICE by DISH Network L.L.C. *of Compliance re Preliminary Proposed Constructions of Claim Terms and Preliminary Indentification of Extrinsic Evidence* (Smith, Melissa) (Entered: 06/16/2023) |
| 07/10/2023 | 49 | NOTICE by DISH Network L.L.C. *OF PROPOSED REDACTIONS TO THE COURT'S ORDER FILED AS DKT. 48 (JOINT)* (Attachments: # 1 Exhibit A)(Smith, Melissa) (Entered: 07/10/2023) |
| 07/25/2023 | 50 | Unopposed MOTION to Withdraw as Attorney *(Michael Simons)* by Digital Broadcasting Solutions, LLC. (Attachments: # 1 Proposed Order)(Williams, Fred) (Entered: 07/25/2023) |
| 07/27/2023 | 51 | ORDER granting 50 Motion to Withdraw as Attorney. Attorney Michael Simons terminated. Signed by District Judge Rodney Gilstrap on 7/27/2023. (ch, ) (Entered: 07/27/2023) |